# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AARON SKINNER,

       Plaintiff,

                              CASE NO: 07-CV-11512

-vs-

                              PAUL D. BORMAN

COMMISSIONER OF                 UNITED STATES DISTRICT JUDGE
SOCIAL SECURITY,

       Defendant.
_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF: (1) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND (3) DISMISSING PLAINTIFF'S COMPLAINT

Before the Court is the Magistrate Judge's March 11, 2008 Report and Recommendation in favor of granting Defendant's Motion for Summary Judgment (Dkt. No. 6), denying Plaintiff's Motion for Summary Judgment (Dkt. No. 7); and dismissing Plaintiff Complaint.

Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **GRANTING** Defendant's Motion for Summary Judgment, **DENYING** Plaintiff's Motion for Summary Judgment, and **DISMISSING WITH PREJUDICE** Plaintiff's Complaint.

     **SO ORDERED.**

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 10, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 10, 2008.

                                            s/Denise Goodine
                                            Case Manager